**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHNNY LONG,**

    **Plaintiff,**

**v.**                                           **Case No.  8:05-cv-1637-T-30EAJ**

**HODUSA CORPORATION,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Hodusa Corporation's (hereinafter "Defendant") Motion to Toll or Stay Proceedings Pending Remediation and Memorandum of Law in Support thereof (Dkts. 7-8) and Plaintiff's Response to the same (Dkt. 13).  Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Toll or Stay Proceedings Pending Remediation is **GRANTED**.

2. This case will be stayed for **90 (ninety) days** during which time Defendant shall retain an expert, have the property inspected for compliance with the Americans with Disabilities Act, 42 U.S.C § 12181, *et. seq.* ("ADA"), and complete a remodeling and modification proposal.

3. During the pendency of the stay, Plaintiff shall refrain from engaging in those activities which would generate potential fees and costs.

4.    The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 19, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1637 - Granting Motion to Stay Title III ADA proceedings.frm