UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LONG,

    Plaintiff,

v.                                          Case No.  8:05-cv-1637-T-30EAJ

HODUSA CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Verified Application for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Dkt. 27), Defendant's Response in Opposition to Plaintiff's Verified Application for Attorneys' and Expert's Fees (Dkt. 30) and hearing on the same.  Plaintiff is deceased, and no party has been substituted. As Plaintiff's counsel does not have standing to pursue the claim of attorney's fees, See Panola Land Buying Company v. Clark, 844 F.2d 1506, 1511 (11th Cir. 1988), this Court finds Plaintiff's motion is **DENIED**.

    It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Verified Application for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Dkt. 27) is **DENIED**.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1637 Motion for Attorneys Fees standing